AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RUHI REIMER, individually, and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY

*Defendant(s)*

Civil Action No. 1:23-cv-00740-TSE-WEF

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NY & CO ECOMM LLC
d/b/a NEW YORK & COMPANY
1735 JERSEY AVE
NORTH BRUNSWICK, NJ 08902



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Robinson III
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/14/2023

*Signature of Clerk or Deputy Clerk*

# United States District Court
## for the
## Eastern District of Virginia

### NON-SERVE AFFIDAVIT

**Plaintiff(s)**                                            CASE# 1:23-CV-00740-TSE-WEF

**RUHI REIMER,** individually, and on behalf of
all others similarly situated

V.

**Defendant(s)**

### NY & CO ECOMM, LLC

SERVICE ADDRESS

1735 Jersey Ave
North Brunswick Township, NJ 08902

GEOLOCATION
40.455414, -74.488162

DATE
7/31/2023 11:05 AM

SERVICE TYPE
**Unsuccessful**

DOCUMENTS TO BE SERVED
summons
complaint
notice

DESCRIPTION OF ATTEMPT

Front desk associate refused any delivery. Associate states "unable to accept". No Management in the building that can.

7/31/2023                                            /S/ Julie Thompson – Process Server

FOR: R.O.S. Consulting, Inc   117-001339