AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

SERVED

| | |
|---|---|
| RUHI REIMER, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NY & CO ECOMM LLC <br> d/b/a NEW YORK & COMPANY, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00740-TSE-WEF |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NY & CO ECOMM LLC
d/b/a NEW YORK & COMPANY
SERVE: REGISTERED AGENT
A REGISTERED AGENT, INC.
8 THE GREEN, STE A
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Robinson III
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/7/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-CV-00740-TSE-WEF

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY
was received by me on *(date)* 08/08/2023

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHARLOTTE MILLER (MANAGING AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY C/O A REGISTERED AGENT, INC., 8 THE GREEN, SUITE A, DOVER, DE 19901
on *(date)* 08/09/2023 AT 9:30 AM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/09/2023

*Server's signature*

GRANVILLE MORRIS        PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED ALIAS SUMMONS IN A CIVIL ACTION; FIRST AMENDED CLASS ACTION COMPLAINT