# Docsmit!                                    Certification

**Mailing ID:**   256629

**Account:**   ruhi.reimer@gmail.com (Resident)

**Return Address:**
Resident
21630 Goodwin Ct
Ashburn, VA 20148

**Accepted:**   5/9/22, 2:44 PM (EDT-04:00)

**Recipient(s):**
RTW Retailwinds, Inc.
330 W 34th St
New York, NY 10001-2406
Service: USPS Certified, Electronic Return Receipt, #10 Envelope
Production Status: Mailed - 5/9/22, 2:45 PM (EDT-04:00)
USPS Tracking ID: 9214890132473400161459 8034
USPS Delivery Status: Delivered, To Original Sender - 5/20/22, 12:20 PM - ASHBURN, VA

**Enclosed Content:**
Document 1 (1 Page)
**Total: 1 File with 1 Page**

---

The information herein is certified by Docsmit.com, Inc. ("Docsmit") to be true and accurate as of the date and time this report was generated. All of the records relating to this communication were made at times proximate to those indicated.  Docsmit has not permitted any of the parties hereto to modify the records.

Mail tracking information is from the United States Postal Service.  Times therein are believed to be expressed in the time zone local to those events.  DDS Delivery tracking times are in the time zone local to those events.  All other times (unless otherwise indicated) are expressed in Greenwich Mean Time which may not be the local time of sender or recipient.

---

RTW Retailwinds, Inc.
330 West 34th St.
New York, NY 10001


Ruhi Reimer
21630 Goodwin Ct.
Ashburn, VA 20148


In re: Calls/Texts

5/9/2022


To whom it may concern:


Please be advised that I am hereby revoking consent, and no longer wish to receive telephonic communications from your company, including but not limited to any telephone calls, any text messages, pre-recorded calls, artificial voice calls, calls using an auto-dialer, or telemarketing calls of any kind to my 703-477-3122 number.


Furthermore I request a copy of your Do Not Call Policy, which you are required to have available upon request, immediately upon receipt of this letter to my return address listed above.


Thank you for directing the appropriate attention to this matter.


Sincerely,


Ruhi Reimer

EXHIBIT B-1

**UNITED STATES POSTAL SERVICE**

May 23, 2022

Dear C2M LLC:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 3247 3400 1614 5980 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, To Original Sender |
| **Status Date / Time:** | May 20, 2022, 12:20 p.m. |
| **Location:** | ASHBURN, VA 20148 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | RTW Retailwinds  Inc |
| **Reference(s):** | 530384, 161459803 |

### Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address: 21630 Good...]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT B-1