# Docsmit!           Certification

**Mailing ID:**   289764

**Account:**   ruhi.reimer@gmail.com (Resident)

**Return Address:**
Resident
21630 Goodwin Ct
Ashburn, VA 20148

**Accepted:**   7/21/22, 5:49 PM (EDT-04:00)

**Recipient(s):**
NY & Co Ecomm LLC
275 Madison Ave
3rd Floor
New York, NY 10016-1159
Service: USPS Certified, Return Receipt, #10 Envelope
Production Status: Mailed - 7/22/22, 12:00 AM (EDT-04:00)
USPS Tracking ID: 92147901324734001658322100
USPS Delivery Status: Delivered - 7/28/22, 12:31 PM - NEW YORK,NY

**Enclosed Content:**
Document 1 (1 Page)
**Total: 1 File with 1 Page**

---

The information herein is certified by Docsmit.com, Inc. ("Docsmit") to be true and accurate as of the date and time this report was generated. All of the records relating to this communication were made at times proximate to those indicated.  Docsmit has not permitted any of the parties hereto to modify the records.

Mail tracking information is from the United States Postal Service.  Times therein are believed to be expressed in the time zone local to those events.  DDS Delivery tracking times are in the time zone local to those events.  All other times (unless otherwise indicated) are expressed in Greenwich Mean Time which may not be the local time of sender or recipient.

NY & Co Ecomm LLC
275 Madison Ave., 3rd Floor
New York, NY 10016

Ruhi Reimer
21630 Goodwin Ct.
Ashburn, VA 20148

In re: Calls/Texts Promoting NY & Co Offers

7/22/2022

To whom it may concern:

Please be advised that I am hereby revoking consent, and no longer wish to receive telephonic communications from your company, including but not limited to any telephone calls, any text messages, pre-recorded calls, artificial voice calls, calls using an auto-dialer, or telemarketing calls of any kind to my 703-477-3122 number.

Furthermore I request a copy of your Do Not Call Policy, which you are required to have available upon request, immediately upon receipt of this letter to my return address listed above.

Thank you for directing the appropriate attention to this matter.

Sincerely,

*[signature]*

Ruhi Reimer

EXHIBIT B-3