# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| RUHI REIMER, *individually, and on behalf of all others similarly situated*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:23cv740 (TSE/WEF) |
| *NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY*, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Default Judgment (the "Motion"). (Dkt. 19).

Plaintiff filed the Motion (Dkt. 19) on September 28, 2023 and waived the hearing for oral argument (Dkt. 21). The undersigned requires Plaintiff to appear in-person for a hearing on the pending Motion. Accordingly, it is hereby

**ORDERED** that Plaintiff shall notice a hearing for the Motion (Dkt. 19) before the undersigned on a Friday at 10:00 a.m., but in any event no later than Friday, November 3, 2023.

**ENTERED** this 16th day of October, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia