UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

<u>CIVIL HEARING</u>

DATE: __10/27/23_____    COURTROOM#: _____500_____
START: _10:04 a.m._____
FINISH: _ 10:25 a.m._____
DEPUTY CLERK: <u>Tina Fitzgerald</u>

**Civil Action Number:** __1:23-cv-740_____ _____

       Reimer

          vs

NY & CO ECOMM LLC *d/b/a NEW YORK & COMPANY*,

Appearance of Counsel for:   ( x ) Plaintiff (    ) Defendant
                                     ( ) Respondent     (    ) Pro Se Plaintiff

<u>Motion(s)</u>:

Motion for Default Judgment- DE# 19

<u>Ruling</u>:

( x ) Matter is uncontested

**Argued &**

(   ) GRANTED
(   ) DENIED
(   ) GRANTED IN PART

<u>Notes</u>: The hearing on Plaintiff's Motion for Default Judgment shall be continued until November 17, 2023, at 10:00 a.m. before Judge Fitzpatrick.

(    ) Report and Recommendation to follow
( x ) Order to Follow