UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUHI REIMER, *individually, and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:23cv740 (TSE/WEF) ) |
| NY & CO ECOMM LLC *d/b/a NEW YORK & COMPANY*, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Default Judgment. (Dkt. 19). On October 27, 2023, counsel for Plaintiff appeared before the undersigned on the pending Motion. Defendant did not make an appearance at the hearing.

For reasons stated from the bench, and in accord with specific rulings and instruction thereto, it is hereby

**ORDERED** that the hearing on Plaintiff's Motion for Default Judgment shall be continued until November 17, 2023, at 10:00 a.m. before the undersigned; it is further

**ORDERED** that Plaintiff shall file any additional briefing on the Motion, if necessary, by November 10, 2023, that address the issues raised during the hearing, including the contractual terms of Plaintiff's consent to receive promotional communications from Defendant, whether Plaintiff complied with the Terms & Conditions as to revoking his consent, and why administrative rulings by the Federal Communications Commission are binding on this Court; it is further

**ORDERED** that during the hearing Plaintiff shall present evidence as to how service of process was made on Defendant, including, but not limited to, evidence on how the company Defendant and its registered agent were identified and properly served the summons, complaint, and Motion for Default Judgment, and any additional attempts to properly serve Defendant; it is further

**ORDERED** that during the hearing Plaintiff shall present evidence with respect to damages sought.

**ENTERED** this 27th day of October, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia