UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUHI REIMER, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY, <br><br> Defendant. | Case No. 1:23-cv-00740-TSE-WEF |

## NOTICE OF DISMISSAL

Plaintiff, RUHI REIMER, hereby dismisses his claims against Defendant NY & CO ECOMM LLC d/b/a NEW YORK & COMPANY without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 10, 2023

Respectfully Submitted,

*So ordered.*
*11/13/2023*  TSE/ss

_____
T. S. Ellis, III
United States District Judge

/s/ *William P. Robinson III*
William P. Robinson III
Robinson Law
1934 Old Gallows Road
Suite 350K
Vienna, VA 22182
(708) 789-4800
william@robinsonlaw.com

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan (PHV)
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 2500
(630) 575-8180
mbadwan@sulaimanlaw.com

1